# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0379
_____

TROY KELVIN CURRY-PENNAMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

August 8, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrick Michael Megaro of Halscott Megaro, P.A., Orlando, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.